UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:    SEALED PROCEEDINGS

CASE NO. 8:20-cr-58-T-33JSS

## ORDER

THIS CAUSE having come on for consideration upon the motion of the government to seal the Government's *In Camera* Motion to Seal, Notice of Pendency of Related Cases, and any forthcoming Order(s) on the Motion to Seal for a period of 120 days.

It is hereby ORDERED that the Motion, Notice, and Order be SEALED for a period of 120 days, or until further Order of this Court.

DONE AND ORDERED this 27th day of June, 2020.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT COURT JUDGE

cc: AUSA Jay G. Trezevant