UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:20-cr-58-T-33JSS
     (FILED UNDER SEAL)

PATSY TRUGLIA, and
RUTH BIANCA FERNANDEZ

### NOTICE OF PENDENCY OF RELATED CASES

The United States of America notifies this Court, under Rule 1.04 of the Local Rules of the United States District Court, Middle District of Florida, regarding two related cases.

1. This sealed case is pending before the Court. The United States is presently planning to make coordinated arrests in this case during July 2020.

2. The United States has recently filed two cases under seal that relate directly to this case.

3. The first case is styled *United States v. Michael Nolan*, Case No. 8:20-cr-0195-T-35AAS, United States District Judge Mary S. Scriven presiding (the "*Nolan* case"). *Nolan* Case, Doc. 1. The *Nolan* case was instituted under seal via the filing of an Information, proposed plea agreement, and other related documents. The defendant in the *Nolan* case has acknowledged his criminal role in the conduct charged in this case.

4. The second case is styled *United States v. Richard Epstein*, Case No. 8:20-cr-0196-T-33AAS (the "*Epstein* case"), now pending before this Court. *Epstein* Case, Doc. 1. The *Epstein* case was also instituted under seal via the filing of an Information, proposed plea agreement, and other related documents. The defendant in the *Epstein* case has acknowledged his criminal role in the conduct charged in this case.

5. As a result, all three cases concern directly overlapping issues of law and facts.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Rachelle DesVaux Bedke
    *for* Jay G. Trezevant
    Assistant United States Attorney
    Florida Bar No. 0802093
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6125
    E-mail: jay.trezevant@usdoj.gov

2